Judge Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HONG VAN NGUYEN, | NO. C09-455-RSM-MAT |
| Petitioner, | (CR06-307-RSM) |
| v. | (~~PROPOSED~~) ORDER DIRECTING ATTORNEY TO RESPOND TO ALLEGATIONS |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Having reviewed the Government's motion for an order permitting petitioner's attorney to respond to allegations in his petition under 28 U.S.C. § 2255, and based upon the reasons set forth in that Motion, and there being no opposition,

IT IS HEREBY ORDERED that petitioner Hong Van Nguyen, by raising issues related to his legal representation in his motion to vacate his sentence, has waived his attorney-client privilege for the purpose of litigating that motion. Accordingly, Mr. Nguyen's former attorney, Allen Ressler, is hereby authorized to provide evidence of his conversations with Mr. Nguyen, concerning the issues raised by the defendant in his petition, to the government and the Court, including otherwise privileged legal conversations.

IT IS FURTHER ORDERED that Mr. Ressler shall testify at any required evidentiary hearing in this matter.

Order Granting Motion - 1
(Nguyen, CR09-455RSM-MAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  IT IS FURTHER ORDERED that, absent further orders from this Court, the
2  evidence provided pursuant to this Order shall be used solely for the purpose of litigating
3  the petitioner's motion to vacate his sentence, and shall not be admissible against
4  petitioner in any other proceeding. This Order shall remain in effect even after the Court
5  has rule on the motion to vacate. Both parties retain the right to apply to the Court for
6  modification of this Order.

7  DONE this 22nd day of May, 2009.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-4882, Fax: (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

Order Granting Motion - 2
(Nguyen, CR09-455RSM-MAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970