UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HONG VAN NGUYEN, | ) | CASE NO. C09-0455-RSM |
| | ) | (CR06-307-RSM) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | HABEAS PETITION WITH |
| UNITED STATES OF AMERICA, | ) | PREJUDICE |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, with prejudice;

(3) Certificate of Appealability is DENIED, pursuant to Rule 11 of the Rules Governing Section 2255 Proceedings in the United States District Court; and

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

Dated this 22nd day of January, 2010.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE